**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

ZEEL BHARATBHAI GODHANI,

*Plaintiff,*

*vs.*

UNITED STATES DEPARTMENT OF STATE,

*Defendant,*

Case No.: 1:26-cv-02079-BAH

# NOTICE OF VOLUNTARY DISMISSAL

Plaintiff voluntarily dismisses this case pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(i). The parties agree to bear their own costs and fees.

Dated: August 12, 2026,

Respectfully submitted,

*s/Jonathan D. Wasden*
JONATHAN D. WASDEN
DDC MS0011
Wasden Law
2593 W Torana Dr
Meridian, ID 83646
Phone: (843)872.4978
Email: jon@wasden.law

*Attorney for the Plaintiff*